**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **C4CAST.COM, INC.,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 2:13-cv-00333-JRG-RSP** |
| **KOHL'S CORPORATION et al.,** | |
| **Defendants.** | |

## ORDER

The Stipulated Motion for Dismissal without Prejudice of all claims and counterclaims asserted between Plaintiff c4cast.com, Inc. and Defendants Recreational Equipment, Inc., Kohl's Corporation, Kohl's Department Stores, Inc., Starwood Hotels & Resorts Worldwide Inc., and American Express Company, is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff c4cast.com, Inc. and Defendants Recreational Equipment, Inc., Kohl's Corporation, Kohl's Department Stores, Inc., Starwood Hotels & Resorts Worldwide Inc., and American Express Company are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

The Clerk is ORDERED to terminate Recreational Equipment, Inc., Kohl's Corporation, Kohl's Department Stores, Inc., Starwood Hotels & Resorts Worldwide Inc., and American Express Company from Case No. 2:13-cv-33.

The Clerk is ORDERED to close Case Nos. 2:13-cv-35, 2:13-cv-332, and 2:13-cv-333.

**SIGNED this 14th day of December, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE